Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. STE 170
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiffs
MARGARETTE & MICHAEL SHIELDS

**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA-TUCSON DIVISION**

| | |
|---|---|
| MARGARETTE & MICHAEL SHIELDS, | Case No.: |
| Plaintiffs, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| RECEIVEABLE MANAGEMENT SERVICES (RMS), | |
| Defendant. | |

**COMPLAINT**

MARGARETTE & MICHAEL SHIELDS (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., alleges the following against RECEIVEABLE MANAGEMENT SERVICES (RMS)(Defendant):

**INTRODUCTION**

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA). According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection

practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e)*.

2. Plaintiffs brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiffs, and this conduct caused Plaintiffs damage.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Because Defendant maintains a business office and conducts business in the state of Arizona, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in the city of Nashville, Davidson County, Tennessee and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Tucson, Pima County, Arizona

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places calls to Plaintiffs seeking and demanding payment for an alleged debt.

12. Defendant began collecting from Plaintiffs in approximately January of 2008.

13. Defendant placed an average of approximately four (4) collection calls every day to Plaintiffs seeking and demanding payment for an alleged debt.

14. Defendant places collection calls to Plaintiffs at the number (615) 210-5983, (615) 879-6895, and (615) 485-8619 seeking and demanding payment for an alleged debt.

15. Defendant places collection calls from (484) 242-1476 and (866) 604-4414.

16. Defendant used intimidating and abusive language while seeking and demanding payment for an alleged debt.

17. Defendant contacted third parties more than once and disclosed the nature and existence of the alleged debt (see letters from Plaintiffs' daughter and mother attached hereto as Exhibit "A").

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a. Defendant Violated *§1692b(1)* of the FDCPA by contacting a third party and

      failing to identify themselves and failing to state that collector is confirming or correcting location information.

  b. Defendant Violated *§1692b(2)* of the FDCPA by contacting a third party and disclosing the nature and existence of an alleged consumer debt.

  c. Defendant Violated *§1692b(3)* of the FDCPA by contacting a third party more than once.

  d. Defendant Violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiffs.

  e. Defendant Violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiffs repeatedly and continuously with the intent to annoy, abuse, and harass.

  f. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of callers identity.

  g. Defendant violated *§1692e(11)* of the FDCPA by contacting Plaintiff and failing to state that they are a debt collector and any information will be used for that purpose.

  h. Defendant violated *§1692f* of the FDCPA by engaging in unfair practices and unconscionable means to collect or attempt to collect an alleged debt.

19. As a direct and proximate result of one or more or all of the statutory violations above Plaintiffs have suffered emotional distress (see Exhibit "B").

WHEREFORE, Plaintiffs, MARGARETTE & MICHAEL SHIELDS, respectfully requests judgment be entered against Defendant, RECEIVEABLE MANAGEMENT SERVICES (RMS), for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiffs, MARGARETTE & MICHAEL SHIELDS, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  February 5, 2009                    KROHN & MOSS, LTD.


By:  /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, MARGARETTE SHIELDS, states as follows:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MARGARETTE SHIELDS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 2-6-09                            _/s/ Margarette Shields_
                                         MARGARETTE SHIELDS

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, MICHAEL SHIELDS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MICHAEL SHIELDS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 2-6-09           _____
                              MICHAEL SHIELDS

- 8 -

# EXHIBIT A

Martia Mitchell
521 Harold Prewett Drive
Nashville, TN 37218

February 11, 2009

To whom it may concern

This letter is to inform you of the collection calls that I have received at my personal residence for my mother and father, Michael and Margarette Shields from RMS. RMS stated they were trying to contact Michael and Margarette in order to collect a debt. I have asked the collection agency to not call my house and calls have continued to come in.

Thank you

*[signature: Martia Mitchell]*

Martia' Mitchell

Katharine Shields
4304 Drakewood Lane
Nashville, TN 37218

February 11, 2009

To whom it may concern

This letter is to inform you of the collection calls that I have received at my personal residence for my son and daughter-in-law, Michael and Margarette Shields from RMS. RMS stated they were trying to contact Michael and Margarette in order to collect a debt. I have asked the collection agency to not call my house and calls have continued to come in.

Thank you

*Katharine H. Shields*
Katharine Shields

# EXHIBIT B

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — **YES** NO
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — **YES** NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** NO
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — **YES** NO
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I felt as if I was going to have a nervous breakdown. I experienced crying spells. The stress from the calls caused severe stomach pains on a frequent basis.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2-6-09

_Margarett Shield_
Signed Name

_Margarette Shields_
Printed Name

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — **YES** NO
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — **YES** NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** NO
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — **YES** NO
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I am on seizure medication as well as cholestrol medicine. I went through a period where the doctor had to monitor my blood pressure to the extent of wearing a device for a short time to monitor readings. The stress from the calls caused mood swings extensively and severe leg pains as if I was being stabbed.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 2-6-09

_Michael Shields Jr_
Signed Name

_Michael Shields Sr_
Printed Name