IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Margarette & Michael Shields, | ) | No. CV 09-084-TUC-FRZ (DRF) |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Receivable Management Services, | ) | |
| Defendant. | ) | |

Plaintiffs filed the Complaint in this action alleging unlawful debt collection practices in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, on February 11, 2009. Defendant was served on May 22, 2009.

On July 20, 2009, Plaintiffs sought entry of default based on Defendant's failure to appear. The Clerk of Court entered default on July 27, 2009. On August 6, 2009, Plaintiffs filed a request for default judgment, which was mailed to Defendant. On August 14, 2009, the Court entered default judgment for Plaintiffs and awarded damages in the amount of $1000, attorney's fees in the amount of $3,207.50, and costs in the amount of $390.

On August 26, 2009, Defendant filed a motion to set aside the default.

This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

1    Magistrate Judge D. Thomas Ferraro issued his Report and Recommendation, filed
2 November 4, 2009, recommending that the District Court, after its independent review of the
3 record herein, grant Defendant's Motion to Set Aside Default and Default Judgment and
4 reopen the case.
5    The parties were given notice that, pursuant to 28 U.S.C. §636(b), any party may serve
6 and file written objections within ten days after being served with a copy of this Report and
7 Recommendation. No objections were filed.
8    The Court, having made an independent review of the record herein, orders as follows:
9    **IT IS ORDERED** that Magistrate Judge Ferraro's Report and Recommendation [Doc.
10 #22] is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law
11 by this Court;
12    **IT IS FURTHER ORDERED** that Defendant's Motion to Set Aside Default and
13 Default Judgment [Doc. # 13] is **GRANTED**;
14    **IT IS FURTHER ORDERED** that this matter is referred back to Magistrate Judge
15 Ferraro for all pretrial proceedings and report and recommendation in accordance with the
16 provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2.

DATED this 16th day of December, 2009.

FRANK R. ZAPATA
United States District Judge