Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. 4th Floor
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiffs
MARGARETTE & MICHAEL SHIELDS

# IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| MARGARETTE & MICHAEL SHIELDS, | Case No.: 4:09-cv-00084-DTF |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| RECEIVABLES MANAGEMENT SERVICES (RMS), | |
| Defendant. | |

NOW COMES the Plaintiff, MARGARETTE & MICHAEL SHIELDS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: February 22, 2010		KROHN & MOSS, LTD.


					By: /s/ Ryan Lee								
						Ryan Lee
						Attorney for Plaintiffs