IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Margarette & Michael Shields,<br><br>    Plaintiffs,<br><br>vs.<br><br>Receivable Management Services (RMS),<br><br>    Defendant. | No. CV-09-084-FRZ (DTF)<br><br>**ORDER OF DISMISSAL** |

Upon Stipulation of the parties and good cause appearing therefore, Plaintiffs' Complaint against Defendant Receivable Management Services (RMS) is hereby dismissed with prejudice, each side to bear its own attorneys' fees and costs incurred to date.

Dated this 14th day of June, 2010.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge



4831-3635-5589.1